

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00809-CV

Andrew **GOSS**,
Appellant

v.

Shakia **GOSS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02273
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Shakia Goss recover her costs on appeal from Appellant Andrew Goss.

SIGNED January 10, 2018.

_____
Karen Angelini, Justice